FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Kevin Newcomb;<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON RIVER PROTECTION SOLUTIONS LLC,<br><br>Defendant. | No. 4:17-cv-05165-SMJ<br><br>**ORDER DISMISSING CASE AND CLOSING FILE** |

Before the Court is Relator's Notice of Voluntary Dismissal of Complaint, ECF No. 16. Relator has notified the Court of his intent to dismiss all claims brought in the complaint, ECF No. 1, without prejudice to the United States, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 16 at 1. Because the notice does not specify whether the dismissal is with or without prejudice as to Relator, the case will be dismissed without prejudice to Relator. Fed. R. Civ. P. 41(a)(1)(B).

Accordingly, **IT IS HEREBY ORDERED:**

**1.** Relator's Notice of Voluntary Dismissal of Complaint, ECF No. 16, is **ACKNOWLEDGED**.

**2.** All claims against Defendant in Relator's complaint, ECF No. 1, are

ORDER DISMISSING CASE AND CLOSING FILE **-** 1

**DISMISSED WITHOUT PREJUDICE** as to Relator or the United States, with all parties to bear their own costs and attorneys' fees.

**3.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of September 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge